IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AJA HARRIS, Individually and as
Co-Special Administrator of the
Estate of Aubrey Scruggs, Deceased
and as Parent and Next Friend of
Daniel Scruggs, II, a Minor and
DANIEL SCRUGGS, Individually
and as Co-Special Administrator
of the Estate of Aubrey Scruggs,
Deceased and as Parent and Next
Friend of Daniel Scruggs, II, a Minor                                PLAINTIFFS

v.                              No. 4:20-cv-869-DPM

KELVIN LEE                                                           DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 May 2023